**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GARY RAYMOND FOX,** | : | |
| | : | **Case No. 2:17-cv-880** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Vascura** |
| **MANAGER,** | : | |
| *In Town Motel Suites* | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's February 8, 2018 **Report and Recommendation** (ECF No. 10), which recommended that Plaintiff's action be Dismissed With Prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.* at 3–4). The parties have failed to file any objections, and the deadline for objections (February 22, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The action is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                              **s/ Algenon L. Marbley**
                              **ALGENON L. MARBLEY**
                              **UNITED STATES DISTRICT JUDGE**

**DATED: March 5, 2018**